DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR RIVAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00031 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE TRIAL SCHEDULE AND TRIAL DATE; |
| v. | ) ) | ORDER |
| VICTOR RIVAS, Et al., | ) ) | **Trial Confirmation**: Date: December 22, 2008 |
| Defendants. | ) ) ) | Time: 9:00 A.M. **Trial**: |
|  | ) ) | Date: January 13, 2009 Time: 8:30 A.M. |
|  |  | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new trial schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions In Limine Due | June 16, 2008 | November 24, 2008 |
| Government Motions In Limine | June 30, 2008 | December 8, 2008 |
| Reply Motions in Limine | July 7, 2008 | December 15, 2008 |
| Trial Confirmation Hearing: | July 14, 2008 | December 22, 2008 - 9:00 A.M. |
| Trial | August 5, 2008 | January 13, 2009 - 8:30 A.M. |

The grounds for the continuance are further defense preparation and investigation, and to allow the parties time for negotiation. The requested continuance will conserve time and resources for all parties and the court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: July 7, 2008                  By:  /s/ Kimberly A. Sanchez
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Public Defender

DATED: July 7, 2008                  By:   /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    VICTOR RIVAS


DATED: July 7, 2008                     /s/ David A. Torres
                                    DAVID A. TORRES
                                    Attorney for Defendant
                                    DAVID RIVAS

## O R D E R

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 8, 2008**                   **/s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE