IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>VICTOR RIVAS,<br><br>      Defendant. | No. 1:08-CR-00031 AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on October 13, 2009,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

**Dated:   October 13, 2009**              /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE

12/6/06 ordrelease.form

1